**Verizon Corp Rsrcs Group LLC**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| Pay Group: | V3 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 05/26/2024 | Advice #: | 38136648 |
| Pay End Date: | 06/08/2024    - On-Line Check - | Advice Date: | 06/07/2024 |

**Krysta Skalski**
1701 Race Street
Unit 901
Philadelphia  PA  19103

| Employee ID: | | 
|---|---|
| Mail Drop: | H00000000 |
| Location: | One Verizon Way |
| Cycle Rate: | 5616 |

| TAX DATA: | Federal | PA  State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **05/26/2024-06/08/2024** | | | | | |
| Regular Pay | 70.200000 | 72.00 | 5,054.40 | 848.00 | 58,311.60 |
| Holiday | 70.200000 | 8.00 | 561.60 | 32.00 | 2,185.50 |
| **PRIOR PAY PERIOD:** | | | | | |
| **05/19/2024-05/25/2024** | | | | | |
| Regular Pay | 70.200000 | -24.00 | -1,684.80 | | |
| Vacation | 70.200000 | 24.00 | 1,684.80 | 64.00 | 4,391.30 |
| **YTD HISTORY:** | | | | | |
| Recognition Cash Award | | | | | 200.00 |
| Personal Leave | | | | 16.00 | 1,082.60 |
| Stock Together Award | | | | | 5,242.07 |
| Incentive Pay | | | | | 30,822.00 |
| Total: | | | 5,616.00 | | 102,235.07 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 864.47 | 5,278.46 | 17,644.18 | 96,477.01 |
| Fed MED/EE | 80.61 | 5,559.26 | 1,472.54 | 101,554.19 |
| Fed OASDI/EE | 344.67 | 5,559.26 | 6,296.36 | 101,554.19 |
| PA Unempl EE | 3.93 | 5,616.00 | 71.56 | 102,235.07 |
| PA Withholdng | 170.52 | 5,554.32 | 3,115.93 | 101,494.91 |
| PA PHILADELPHIA Withholdng | 210.79 | 5,620.94 | 3,836.04 | 102,294.35 |
| Total: | 1,674.99 | | 32,436.61 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Savings Before Tax | 280.80 | 2,919.64 |
| Before-Tax Medical | 49.03 | 588.36 |
| Before-Tax Dental | 10.77 | 129.24 |
| Before-Tax Vision | 1.88 | 22.56 |
| BC Savings Before Tax | | 2,157.54 |
| Total: | 342.48 | 5,817.34 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 21.05 | 252.60 |
| Long-Term Disability Ins | 19.50 | 234.00 |
| 90276 Sav Plan Loan 2A | 9.57 | 114.84 |
| STP Net Pay Adjustment | | 3,326.62 |
| Total: | 50.12 | 3,928.06 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.94 | 59.28 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 5,616.00 | 5,278.46 | 1,674.99 | 392.60 | 3,548.41 |
| YTD: | 102,235.07 | 96,477.01 | 32,436.61 | 9,745.40 | 60,053.06 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Savings Acct# | XXXXXX2389 | 3,548.41 |
| Total: | | 3,548.41 |

**MESSAGE:**
Regular Pay: 05/26/24-06/08/24. Exception Pay: 05/19/24-06/01/24.

**Verizon Corp Rsrcs Group LLC**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| | |
|---|---|
| Pay Group: | V3 - Biweekly Management |
| Pay Begin Date: | 06/09/2024 |
| Pay End Date: | 06/22/2024   - On-Line Check - |
| Advice #: | 38162365 |
| Advice Date: | 06/21/2024 |

**Krysta Skalski**
1701 Race Street
Unit 901
Philadelphia  PA  19103

| | |
|---|---|
| Employee ID: | |
| Mail Drop: | H00000000 |
| Location: | One Verizon Way |
| Cycle Rate: | 5616 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **06/09/2024-06/22/2024** | | | | | |
| Regular Pay | 70.200000 | 77.50 | 5,440.50 | 925.50 | 63,752.10 |
| Personal Leave | 70.200000 | 2.50 | 175.50 | 18.50 | 1,258.10 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 32.00 | 2,185.50 |
| Recognition Cash Award | | | | | 200.00 |
| Stock Together Award | | | | | 5,242.07 |
| Vacation | | | | 64.00 | 4,391.30 |
| Incentive Pay | | | | | 30,822.00 |
| Total: | | | 5,616.00 | | 107,851.07 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 864.47 | 5,278.46 | 18,508.65 | 101,755.47 |
| Fed MED/EE | 80.61 | 5,559.26 | 1,553.15 | 107,113.45 |
| Fed OASDI/EE | 344.67 | 5,559.26 | 6,641.03 | 107,113.45 |
| PA Unempl EE | 3.94 | 5,616.00 | 75.50 | 107,851.07 |
| PA Withholdng | 170.52 | 5,554.32 | 3,286.45 | 107,049.23 |
| PA PHILADELPHIA Withholdng | 210.79 | 5,620.94 | 4,046.83 | 107,915.29 |
| Total: | 1,675.00 | | 34,111.61 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Savings Before Tax | 280.80 | 3,200.44 |
| Before-Tax Medical | 49.03 | 637.39 |
| Before-Tax Dental | 10.77 | 140.01 |
| Before-Tax Vision | 1.88 | 24.44 |
| BC Savings Before Tax | | 2,157.54 |
| Total: | 342.48 | 6,159.82 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 21.05 | 273.65 |
| Long-Term Disability Ins | 19.50 | 253.50 |
| 90276 Sav Plan Loan 2A | 9.57 | 124.41 |
| STP Net Pay Adjustment | | 3,326.62 |
| Total: | 50.12 | 3,978.18 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.94 | 64.22 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 5,616.00 | 5,278.46 | 1,675.00 | 392.60 | 3,548.40 |
| YTD: | 107,851.07 | 101,755.47 | 34,111.61 | 10,138.00 | 63,601.46 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Savings Acct# | XXXXXX2389 | 3,548.40 |
| Total: | | 3,548.40 |

**MESSAGE:**
Regular Pay: 06/09/24-06/22/24. Exception Pay: 06/02/24-06/15/24.

**Verizon Corp Rsrcs Group LLC**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| Pay Group: | V3 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 06/23/2024 | Advice #: | 38188480 |
| Pay End Date: | 07/06/2024   - On-Line Check - | Advice Date: | 07/05/2024 |

**Krysta Skalski**
1701 Race Street
Unit 901
Philadelphia  PA  19103

| Employee ID: | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Mail Drop: | H00000000 | Marital Status: | Single | N/A |
| Location: | One Verizon Way | Allowances: | 0 | 0 |
| Cycle Rate: | 5616 | Addl. Pct.: | 0 | 0 |
| | | Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **06/23/2024-07/06/2024** | | | | | |
| Regular Pay | 70.200000 | 80.00 | 5,616.00 | 1,005.50 | 69,368.10 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 32.00 | 2,185.50 |
| Recognition Cash Award | | | | | 200.00 |
| Personal Leave | | | | 18.50 | 1,258.10 |
| Stock Together Award | | | | | 5,242.07 |
| Vacation | | | | 64.00 | 4,391.30 |
| Incentive Pay | | | | | 30,822.00 |
| Total: | | | 5,616.00 | | 113,467.07 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 864.47 | 5,278.46 | 19,373.12 | 107,033.93 |
| Fed MED/EE | 80.60 | 5,559.26 | 1,633.75 | 112,672.71 |
| Fed OASDI/EE | 344.68 | 5,559.26 | 6,985.71 | 112,672.71 |
| PA Unempl EE | 3.93 | 5,616.00 | 79.43 | 113,467.07 |
| PA Withholdng | 170.52 | 5,554.32 | 3,456.97 | 112,603.55 |
| PA PHILADELPHIA Withholdng | 210.79 | 5,620.94 | 4,257.62 | 113,536.23 |
| Total: | 1,674.99 | | 35,786.60 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Savings Before Tax | 280.80 | 3,481.24 |
| Before-Tax Medical | 49.03 | 686.42 |
| Before-Tax Dental | 10.77 | 150.78 |
| Before-Tax Vision | 1.88 | 26.32 |
| BC Savings Before Tax | | 2,157.54 |
| Total: | 342.48 | 6,502.30 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 21.05 | 294.70 |
| Long-Term Disability Ins | 19.50 | 273.00 |
| 90276 Sav Plan Loan 2A | 9.57 | 133.98 |
| STP Net Pay Adjustment | | 3,326.62 |
| Total: | 50.12 | 4,028.30 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.94 | 69.16 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 5,616.00 | 5,278.46 | 1,674.99 | 392.60 | 3,548.41 |
| YTD: | 113,467.07 | 107,033.93 | 35,786.60 | 10,530.60 | 67,149.87 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Savings Acct# | XXXXXX2389 | 3,548.41 |
| Total: | | 3,548.41 |

**MESSAGE:**
Regular Pay: 06/23/24-07/06/24. Exception Pay: 06/16/24-06/29/24.

**Verizon Corp Rsrcs Group LLC**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| | |
|---|---|
| Pay Group: | V3 - Biweekly Management |
| Pay Begin Date: | 07/07/2024 |
| Pay End Date: | 07/20/2024   - On-Line Check - |
| Advice #: | 38214427 |
| Advice Date: | 07/19/2024 |

**Krysta Skalski**
1701 Race Street
Unit 901
Philadelphia  PA  19103

| Employee ID: | |
|---|---|
| Mail Drop: | H00000000 |
| Location: | One Verizon Way |
| Cycle Rate: | 5616 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **07/07/2024-07/20/2024** | | | | | |
| Regular Pay | 70.200000 | 80.00 | 5,616.00 | 1,077.50 | 74,422.50 |
| **PRIOR PAY PERIOD:** | | | | | |
| **06/30/2024-07/06/2024** | | | | | |
| Regular Pay | 70.200000 | -8.00 | -561.60 | | |
| Holiday | 70.200000 | 8.00 | 561.60 | 40.00 | 2,747.10 |
| **YTD HISTORY:** | | | | | |
| Recognition Cash Award | | | | | 200.00 |
| Personal Leave | | | | 18.50 | 1,258.10 |
| Stock Together Award | | | | | 5,242.07 |
| Vacation | | | | 64.00 | 4,391.30 |
| Incentive Pay | | | | | 30,822.00 |
| Total: | | | 5,616.00 | | 119,083.07 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 864.47 | 5,278.46 | 20,237.59 | 112,312.39 |
| Fed MED/EE | 80.61 | 5,559.26 | 1,714.36 | 118,231.97 |
| Fed OASDI/EE | 344.67 | 5,559.26 | 7,330.38 | 118,231.97 |
| PA Unempl EE | 3.93 | 5,616.00 | 83.36 | 119,083.07 |
| PA Withholdng | 170.52 | 5,554.32 | 3,627.49 | 118,157.87 |
| PA PHILADELPHIA Withholdng | 210.79 | 5,620.94 | 4,468.41 | 119,157.17 |
| Total: | 1,674.99 | | 37,461.59 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Savings Before Tax | 280.80 | 3,762.04 |
| Before-Tax Medical | 49.03 | 735.45 |
| Before-Tax Dental | 10.77 | 161.55 |
| Before-Tax Vision | 1.88 | 28.20 |
| BC Savings Before Tax | | 2,157.54 |
| Total: | 342.48 | 6,844.78 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 21.05 | 315.75 |
| Long-Term Disability Ins | 19.50 | 292.50 |
| 90276 Sav Plan Loan 2A | 9.57 | 143.55 |
| STP Net Pay Adjustment | | 3,326.62 |
| Total: | 50.12 | 4,078.42 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.94 | 74.10 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 5,616.00 | 5,278.46 | 1,674.99 | 392.60 | 3,548.41 |
| YTD: | 119,083.07 | 112,312.39 | 37,461.59 | 10,923.20 | 70,698.28 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Savings Acct# | XXXXXX2389 | 3,548.41 |
| Total: | | 3,548.41 |

**MESSAGE:**
Regular Pay: 07/07/24-07/20/24. Exception Pay: 06/30/24-07/13/24.