**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Krysta Skalski,

        Debtor.

Case No. 24-12553-AMC

Chapter 13

## PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:

1701 Race St
Apt 901
Philadelphia, PA 19103-1256

**New Address**:

301 S 19th St
Unit 1201
Philadelphia, PA 19103-2583

Date: September 26, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com