## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Krysta Skalski,<br><br><br><br>**Debtor.** | **CHAPTER 13**<br><br><br><br><br><br>**CASE NO. 24-12553-AMC** |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Amended Schedule C, which was filed with the Court on December 16, 2024, as ECF No. 22. Thank you.

Date: December 17, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com