United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 24-12553-amc
Krysta Skalski                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Apr 03, 2025      Form ID: 155      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Krysta Skalski, 301 S. 19th Street, Unit 1201, Philadelphia, PA 19103-2583 |
| 14909460 | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |
| 14909458 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14909468 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14909430 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 04 2025 01:40:47 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14909431 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2025 01:40:47 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14909432 | ^ | MEBN | Apr 04 2025 01:34:05 | Atlas Credit Card, Attn: Bankruptcy 300 Coventry Road, Kensington, CA 94707-1214 |
| 14909433 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2025 01:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14925103 | + | Email/Text: famc-bk@1stassociates.com | Apr 04 2025 01:41:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14909434 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 04 2025 01:41:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14909435 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2025 01:40:02 | Bilt Technologies, Inc, Attn: Bankruptcy, PO Box 9226, Old Bethpage, NY 11804-9226 |
| 14932682 | + | Email/Text: bkattorneynotices@gmail.com | Apr 04 2025 01:41:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 14909438 | | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14932683 | ^ | MEBN | Apr 04 2025 01:34:06 | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3300, Chicago, IL 60601-6313 |
| 14909436 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 01:40:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14920504 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 01:40:46 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14909437 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2025 01:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane , Ste 220, Greenwich, CT 06831-2563 |

| | | | | |
|---|---|---|---|---|
| 14915204 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2025 01:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14909439 | | Email/Text: bankruptcy@philapark.org | Apr 04 2025 01:41:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14909440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2025 01:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14909441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2025 01:41:00 | Comenitybank/West Elm, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14909442 | ^ | MEBN | Apr 04 2025 01:33:58 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14909443 | | Email/Text: mrdiscen@discover.com | Apr 04 2025 01:41:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14909451 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2025 01:51:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14909444 | + | Email/Text: bankruptcy@fco.com | Apr 04 2025 01:41:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept 14400 Sweitzer La, Laurel, MD 20707-3006 |
| 14909445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2025 01:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14909446 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2025 01:41:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14909447 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2025 01:39:52 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14909448 | + | Email/Text: bankruptcy@kikoff.com | Apr 04 2025 01:41:00 | Kikoff, 75 Broadway, San Francisco, CA 94111-1423 |
| 14911663 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:40:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14909449 | + | Email/Text: smacknowski@msscuso.com | Apr 04 2025 01:41:11 | Lendkey/aspire Fcu, 67 Walnut Ave Ste 104, Clark, NJ 07066-1640 |
| 14909450 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:50:57 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14909463 | | Email/Text: cscommunications@mrvbanks.com | Apr 04 2025 01:41:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14925106 | + | Email/Text: famc-bk@1stassociates.com | Apr 04 2025 01:41:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14909452 | | Email/Text: bankruptcy@nationalcreditsystems.com | Apr 04 2025 01:41:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 14909453 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 04 2025 01:41:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14909454 | | Email/Text: bnc@nordstrom.com | Apr 04 2025 01:41:04 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14909455 | | Email/Text: fesbank@attorneygeneral.gov | Apr 04 2025 01:41:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14927618 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2025 01:41:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14909461 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 01:51:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541-1067 |
| 14916798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 02:02:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

Case 24-12553-amc    Doc 29    Filed 04/05/25    Entered 04/06/25 00:33:06    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: 155 | Total Noticed: 52 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14909462 | Email/Text: signed.order@pfwattorneys.com | Apr 04 2025 01:41:00 | Pressler, Felt & Warshaw, LLP, Attn: Bankruptcy, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14909456 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14910191 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14909457 | ^ MEBN | Apr 04 2025 01:34:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14909459 | Email/Text: bankruptcy@philapark.org | Apr 04 2025 01:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14909464 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2025 01:40:45 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14909465 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2025 01:51:06 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14915426 | + Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 01:40:28 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14909466 | Email/Text: famc-bk@1stassociates.com | Apr 04 2025 01:41:00 | Total Visa, Attn: Bankruptcy, PO Box 84930, Sioux Falls,, SD 57118-4930 |
| 14909467 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2025 01:41:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14927924 | + Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 01:51:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14916862 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: 155 | Total Noticed: 52 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Krysta Skalski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Krysta Skalski                              Case No. 24−12553−amc

    Debtor(s).                                Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 1, 2025                                                                   For The Court

                                                                                         Ashely M. Chan  
                                                                                         Chief Judge, United States Bankruptcy Court