United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12553-amc |
| Krysta Skalski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Krysta Skalski, 301 S. 19th Street, Unit 1201, Philadelphia, PA 19103-2583 |
| 14909435 | Bilt Technologies, Inc, Attn: Bankruptcy, PO Box 9226, Old Bethpage, NY 11804-9226 |
| 14909460 | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |
| 14909455 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14909458 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14909468 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14909430 | + Email/PDF: AffirmBKNotifications@resurgent.com | Feb 12 2026 00:45:58 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14909431 | Email/PDF: bncnotices@becket-lee.com | Feb 12 2026 00:46:14 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14909432 | ^ MEBN | Feb 12 2026 00:30:03 | Atlas Credit Card, Attn: Bankruptcy 300 Coventry Road, Kensington, CA 94707-1214 |
| 14909433 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 12 2026 00:30:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14925103 | + Email/Text: famc-bk@1stassociates.com | Feb 12 2026 00:31:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14909434 | Email/Text: BarclaysBankDelaware@tsico.com | Feb 12 2026 00:30:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14932682 | + Email/Text: bkattorneynotices@gmail.com | Feb 12 2026 00:30:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 14909438 | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14932683 | + Email/Text: opportunitynotices@gmail.com | Feb 12 2026 00:31:00 | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3300, Chicago, IL 60601-6313 |
| 14909436 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:46:13 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14920504 | + Email/PDF: ebn_ais@aisinfo.com | Feb 12 2026 00:45:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 24-12553-amc   Doc 35   Filed 02/13/26   Entered 02/14/26 00:38:26   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14909437 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2026 00:31:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 14915204 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2026 00:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14909439 | | Email/Text: bankruptcy@philapark.org | Feb 12 2026 00:31:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14909440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 00:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14909441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 00:30:00 | Comenitybank/West Elm, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14909442 | ^ | MEBN | Feb 12 2026 00:29:57 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14909443 | | Email/Text: mrdiscen@discover.com | Feb 12 2026 00:30:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14909451 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:45:59 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14909444 | + | Email/Text: bankruptcy@fco.com | Feb 12 2026 00:30:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept 14400 Sweitzer La, Laurel, MD 20707-3006 |
| 14909445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2026 00:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14909446 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 00:31:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14909447 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2026 00:46:13 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14909448 | + | Email/Text: bankruptcy@kikoff.com | Feb 12 2026 00:30:00 | Kikoff, 75 Broadway, San Francisco, CA 94111-1423 |
| 14911663 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:45:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14909449 | + | Email/Text: smacknowski@msscuso.com | Feb 12 2026 00:31:00 | Lendkey/aspire Fcu, 67 Walnut Ave Ste 104, Clark, NJ 07066-1640 |
| 14909450 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:46:06 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14909463 | | Email/Text: connectcommunications@mrvbanks.com | Feb 12 2026 00:30:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 14925106 | + | Email/Text: famc-bk@1stassociates.com | Feb 12 2026 00:31:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14909452 | | Email/Text: bankruptcy@nationalcreditsystems.com | Feb 12 2026 00:30:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 14909453 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 12 2026 00:31:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14909454 | | Email/Text: bnc@nordstrom.com | Feb 12 2026 00:30:17 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14927618 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 12 2026 00:30:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14909461 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2026 00:46:14 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541-1067 |
| 14916798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2026 00:46:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14909462 | | Email/Text: signed.order@pfwattorneys.com | Feb 12 2026 00:30:00 | Pressler, Felt & Warshaw, LLP, Attn: Bankruptcy, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14909456 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14910191 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14909457 | ^ | MEBN | Feb 12 2026 00:30:00 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14909459 | | Email/Text: bankruptcy@philapark.org | Feb 12 2026 00:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14909464 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2026 00:46:13 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14909465 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2026 00:46:04 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14915426 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2026 00:45:56 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14909466 | | Email/Text: famc-bk@1stassociates.com | Feb 12 2026 00:31:00 | Total Visa, Attn: Bankruptcy, PO Box 84930, Sioux Falls,, SD 57118-4930 |
| 14909467 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 12 2026 00:31:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14927924 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2026 00:45:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14916862 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2026       Signature:       /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Krysta Skalski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KRYSTA SKALSKI<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-12553-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 11, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge